W. J. MULLAN and H. N. McMASTERS, *Appellants,* v. BANK OF PASCO COUNTY, *Appellee;* and ANITA WILLIAMS and D. R. WILLIAMS, her husband, and LUCILE H. ELLIS, and T. B. ELLIS, JR., her husband, *Appellants,* v. BANK OF PASCO COUNTY, *Appellee.*

Opinion filed March 11, 1931.

1098

*H. R. Williams,* for Appellants, W. J. Mullan and H. N. McMasters; *R. B. Sturkie,* and *T. B. Ellis,* for certain other Appellants;

*Arthur L. Auvil,* for Appellee.

1102

1104

1106

1108

1110

1112

1114

1116

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered and decreed by the Court that the decree of the court below should be, and the same is hereby, reversed and the cause is remanded with directions to dismiss the bill as to Anita Williams and her husband D. R. Williams and Lucile Ellis and her husband T. B. Ellis, Jr., and Joy Hennington, and to enter a decree that will conform to the views herein expressed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL AND BROWN, J.J., concur.